**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WEI PENG, | Case No. 5:26-cv-00916-WLH-AJR |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| TODD LYONS, ET AL., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. On April 15, 2026, Respondents filed Objections. (Dkt. 12.) The Court has conducted a *de novo* review of those portions of the Report and Recommendation to which Respondents objected. Respondents' Objections do not cause the Court to alter or modify the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is GRANTED. Respondents shall immediately release Petitioner from custody on his own recognizance (without conditions) and immediately return any confiscated property and documents to Petitioner. Respondents

shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard).  Respondents shall file a notice of compliance within twenty-four hours of the entry of Judgment.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents who have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 16, 2026

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2