JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEI PENG, | Case No. 5:26-cv-00916-WLH-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| TODD LYONS, ET AL., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents shall immediately release Petitioner from custody on his own recognizance (without conditions) and immediately return any confiscated property and documents to Petitioner. Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the Immigration Judge must conduct an

individualized assessment of Petitioner's suitability for bond in light of the forgoing standard).  Respondents shall file a notice of compliance within twenty-four hours.

DATED:  April 16, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2